Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 10 2026

Joshua C. Lewis

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY FRED WATTS, JR., and JONATHAN E. KARNS,<br><br>Defendants. | NO. **CR26-5188 TMC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about March 11, 2026, in Clallam County, within the Western District of Washington, JOHNNY FRED WATTS JR. did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

Indictment - 1
*United States v. Watts Jr., et al.*
USAO No. 2026R00413

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts isomers or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about March 11, 2026, in Clallam County, within the Western District of Washington, JOHNNY FRED WATTS JR., knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm in the Second Degree*, in Clallam County Superior Court, under case number 07-1-00523-3, on or about March 12, 2008;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Beretta Model 21A - .25 caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Possession of a Controlled Substance with Intent to Distribute)

On or about March 12, 2026, in Clallam County, within the Western District of Washington, JONATHAN E. KARNS did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

Indictment - 2
*United States v. Watts Jr., et al.*
USAO No. 2026R00413

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3830

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4

**(Unlawful Possession of a Firearm)**

On or about March 12, 2026, in Clallam County, within the Western District of Washington, JONATHAN E. KARNS, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Burglary in the First Degree*, in Kitsap County Superior Court, under case number 04-1-00961-6, on or about July 16, 2004;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 48 9mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about March 12, 2026, in Clallam County, within the Western District of Washington, JONATHAN E. KARNS did knowingly possess a firearm, that is: Glock 48 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 3 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

//

//

//

Indictment - 3
*United States v. Watts Jr., et al.*
USAO No. 2026R00413

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3830

# FORFEITURE ALLEGATION

The allegations contained in Counts 1–5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, JOHNNY FRED WATTS, JR. shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

a. a Beretta Model 21A .25 caliber pistol, and any associated accessories and ammunition, seized on or about March 11, 2026, from JOHNNY FRED WATTS, JR.;

b. a Radical Arms 12 gauge shotgun, and any associated accessories and ammunition, seized on or about March 11, 2026, from a residence in Sequim, Washington associated with JOHNNY FRED WATTS, JR.; and

c. an AR style firearm, with no identifiable serial number, and any associated accessories and ammunition, seized on or about March 11, 2026, from a residence in Sequim, Washington associated with JOHNNY FRED WATTS, JR.

Upon conviction of the offense alleged in Count 2, JOHNNY FRED WATTS, JR. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a. a Beretta Model 21A .25 caliber pistol, and any associated ammunition, seized on or about March 11, 2026, from JOHNNY FRED WATTS, JR.

Upon conviction of the offense alleged in Count 3, JONATHAN E. KARNS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

Indictment - 4
*United States v. Watts Jr., et al.*
USAO No. 2026R00413

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3830

a.      a Glock 48 9mm pistol, and any associated accessories and ammunition, seized on or about March 12, 2026 from a white 2010 Lexus associated with JONATHAN E. KARNS.

Upon conviction of an offense alleged in Counts 4 and 5, JONATHAN E. KARNS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a.      a Glock 48 9mm pistol, and any associated ammunition, seized on or about March 12, 2026 from a white 2010 Lexus associated with JONATHAN E. KARNS.

//

//

//

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided
        without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: *06/10/2026*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
ELYNE M. VAUGHT
Assistant United States Attorney

Indictment - 6
*United States v. Watts Jr., et al.*
USAO No. 2026R00413

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3830