## Defendant Status Sheet
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: Johnny F. Watts, Jr.

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes    ☐ No            If yes:  Select Charging Doc Type

If yes, please enter the cause number below:

CR Enter CR Cause Number here.    or    MJ 26-5133

Has the Defendant had an initial appearance in this case in this district?    ☒ Yes    ☐ No

### Defendant Location

☒ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: 6/10/2026

### Arraignment

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: 6/23/2026

   ☐ Defense Counsel name and address: John Black, 528 West Eighth Street, Port Angeles 98362

### Trial

Estimated trial length (days): 3

# Defendant Status Sheet
## (Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: Jonathan E. Karns<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☒ Yes ☐ No If yes: Select Charging Doc Type<br><br>If yes, please enter the cause number below:<br><br>CR <u>Enter CR Cause Number here.</u> or MJ <u>26-5133</u><br><br>Has the Defendant had an initial appearance in this case in this district? ☒ Yes ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above.<br><br>☐ At the FDC under a different cause number: Enter different cause number here.<br><br>☐ In custody under this cause number in another District: <u>Enter other District here.</u><br><br>☐ In custody (different cause number) in another District: <u>Enter other info here.</u><br><br>☐ In local custody: <u>Enter local jurisdiction here.</u><br><br>☐ In the community on supervision under cause number: <u>Enter cause number here.</u><br><br>☐ At large.<br><br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br><br>☐ Continue Detention<br><br>☒ Not set; temporary detention; detention hearing scheduled for: 6/15/2026 |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br><br>☐ Summons to be issued for: Click or tap to enter a date.<br><br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u><br><br>☒ Letter to defense counsel for appearance on: 6/15/2026<br><br>    ☐ Defense Counsel name and address: AFPD John Carpenter, 1331 Broadway Plaza, Suite 400<br>        Tacoma, Washington 98402 |
| **Trial** | Estimated trial length (days): 3 |